# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

—————————————————

No. 1D2025-1868

—————————————————

LENORRIS PARKER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

—————————————————

On appeal from the Circuit Court for Leon County.
Stephen S. Everett, Judge.

February 4, 2026

PER CURIAM.

This case is dismissed as duplicative of Case Number 2025-0362. No motion for rehearing is permitted.

LEWIS, ROWE, and KELSEY, JJ., concur.

—————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

—————————————————

Lenorris Parker, Appellant.

James Uthmeier, Attorney General, and Robert Charles Lee, Assistant Attorney General, Tallahassee, for Appellee.